| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**  
Wagler Manufacturing, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
27-4522722

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 605 N. Parkway St.<br>Wayland, IA 52654 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Henry | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
www.waglerwood.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Wagler Manufacturing, Inc.** _____   Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Wagler Manufacturing, Inc.**                                                    Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

    **Where is the property?** _____
                           Number, Street, City, State & ZIP Code

    **Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Wagler Manufacturing, Inc.**                                     Case number (*if known*)
        Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2020**
               MM / DD / YYYY

**X** **/s/ Curtis D. Wagler**                                            **Curtis D. Wagler**
      Signature of authorized representative of debtor                    Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Kevin D. Ahrenholz**                                         Date  **September 10, 2020**
      Signature of attorney for debtor                                         MM / DD / YYYY

**Kevin D. Ahrenholz AT0000438**
Printed name

**Beecher, Field, Walker, Morris, Hoffman & Johnson**
Firm name

**620 Lafayette St., Suite 300**
**PO Box 178**
**Waterloo, IA 50704-0178**
Number, Street, City, State & ZIP Code

Contact phone  **319-234-1766**      Email address  **ahrenholz@beecherlaw.com**

**AT0000438 IA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wagler Manufacturing, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 10, 2020**    X **/s/ Curtis D. Wagler**
Signature of individual signing on behalf of debtor

**Curtis D. Wagler**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wagler Manufacturing, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF IOWA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Alliant Energy** P.O. Box 3066 Cedar Rapids, IA 52406-3066 | | **Past Utility Services** | | | | $1,700.00 |
| **Cincinnati Insurance Company** PO Box 145496 Cincinnati, OH 45250 | | **Insurance premium** | **Disputed** | | | $15,000.00 |
| **Internal Revenue Service Centralized Insolvency Operation** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Tax liabilities from 2016 - 2017 (941 payroll taxes).** | | | | $180,000.00 |
| **Midland Funding, LLC** 3111 Camino Del Rio North, Suite 103 San Diego, CA 92108 | | **Judgment** | | | | $5,000.00 |
| **Pilot Grove Savings Bank** 1341 Pilot Grove Road Pilot Grove, IA 52648 | | **equipment purchase** | | | | $36,000.00 |
| **RBI Automotive, Inc.** 1370 Highway 78 Wayland, IA 52654 | | **Judgment** | | | | $600.00 |
| **Sitler's LED** 111 Westview Dr. Washington, IA 52353 | | **electrical supplies** | **Disputed** | | | $1,200.00 |

Debtor **Wagler Manufacturing, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Smith Welding**<br>**3707 West River Dr.**<br>**Davenport, IA 52802** | | **repair parts** | | | | $277.00 |
| **Standard Polymers**<br>**1600 Osborn St.**<br>**Burlington, IA 52601** | | **Judgment** | | | | $1,200.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Iowa

In re **Wagler Manufacturing, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Curtis D. Wagler**<br>307 W. Easy St.<br>Wayland, IA 52654 | | **51%** | |
| **Lori B. Wagler**<br>307 W. Easy St.<br>Wayland, IA 52654 | | **49%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 10, 2020**          Signature **/s/ Curtis D. Wagler**  
                                                                **Curtis D. Wagler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

United States Trustee
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101


Iowa Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 10471
Des Moines, IA 50306


Alliant Energy
P.O. Box 3066
Cedar Rapids, IA 52406-3066


Cincinnati Insurance Company
PO Box 145496
Cincinnati, OH 45250


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Midland Funding, LLC
3111 Camino Del Rio North, Suite 103
San Diego, CA 92108


MidwestOne Bank
102 South Clinton St.
Iowa City, IA 52240


Pilot Grove Savings Bank
1341 Pilot Grove Road
Pilot Grove, IA 52648


RBI Automotive, Inc.
1370 Highway 78
Wayland, IA 52654

```
Sitler's LED
111 Westview Dr.
Washington, IA 52353


Smith Welding
3707 West River Dr.
Davenport, IA 52802


Standard Polymers
1600 Osborn St.
Burlington, IA 52601
```

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Iowa

In re **Wagler Manufacturing, Inc.** Case No.
Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 15,000.00 |
   | Prior to the filing of this statement I have received | $ 5,783.00 |
   | Balance Due | $ 9,217.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Curtis Wagler**

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **Some pre-filing matters (to the exclusion of all post-petition matters) such as client interviews, information and documentation gathering, client consultation and advice, exemption and bankruptcy planning, preparation of Petition, Schedules, Statement of Financial Affairs and other bankruptcy-related documents, filing, and correspondence with client, court, and trustee relating to filing and service of process, up to the point of filing.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **All post-petition services, including but not limited to representation of the debtors in any dischargeability actions, amendments, conversions to another chapter, lien avoidances, redemptions, mortgage reinstatements, 341 hearings, workout negotiations, foreclosure matters, relief from stay actions, any adversary proceeding or contested case matters, related proceedings in state court, credit repair, credit reports, garnishment proceedings, objections to exemptions, property settlement or tax advice, negotiations with creditors and trustee; preparation and filing of uncontested reaffirmation agreements and applications; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, trustee reviews, audits and correspondence, and all pre-filing matters that fall outside the scope of bankruptcy preparation, including, but not limited to, foreclosure matters, mortgage matters, debt defense strategies, creditor/debtor issues, budget consultation and preparation.**

In re  **Wagler Manufacturing, Inc.**  Case No.

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 10, 2020** | **/s/ Kevin D. Ahrenholz** |
| *Date* | **Kevin D. Ahrenholz AT0000438** |
| | *Signature of Attorney* |
| | **Beecher, Field, Walker, Morris, Hoffman & Johnson** |
| | **620 Lafayette St., Suite 300** |
| | **PO Box 178** |
| | **Waterloo, IA 50704-0178** |
| | **319-234-1766  Fax: 319-234-1225** |
| | **ahrenholz@beecherlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Wagler Manufacturing, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Wagler Manufacturing, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2020**  
Date

**/s/ Kevin D. Ahrenholz**  
**Kevin D. Ahrenholz AT0000438**  
Signature of Attorney or Litigant  
Counsel for **Wagler Manufacturing, Inc.**  
**Beecher, Field, Walker, Morris, Hoffman & Johnson**  
**620 Lafayette St., Suite 300**  
**PO Box 178**  
**Waterloo, IA 50704-0178**  
**319-234-1766 Fax:319-234-1225**  
**ahrenholz@beecherlaw.com**