# CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

I, Lori Wagler, the Secretary of Wagler Manufacturing, Inc., an Iowa corporation, hereby certify and declare under penalty of perjury that the following is a true and correct excerpt from the official records and minutes of the said corporation, truly and correctly reflecting the matters transacted by the board of directors of the said corporation at a special meeting duly called and held on September 10, 2020:

"WHEREAS, from the information presented to the board of directors it appears that the corporation is no longer able to pay or meet its debts and obligations as they become due, that the corporation qualifies as a debtor under Chapter 11 of the United States Bankruptcy Code, and that it is in the best interest of the corporation to file a petition under Chapter 11; therefore,

IT WAS UNANIMOUSLY RESOLVED and voted by the board of directors of Wagler Manufacturing, Inc., an Iowa corporation, that the corporation should file a petition under Chapter 11 of the United States Bankruptcy Code and thereafter file a plan to reorganize its business under Chapter 11.

IT WAS FURTHER RESOLVED and voted by the board of directors of the corporation that Kevin D. Ahrenholz, Attorney at Law, and the law firm of Beecher, Field, Walker, Morris, Hoffman & Johnson, P.C. be retained to represent the corporation on all matters related to the Chapter 11 case, including the filing of the petition and initial pleadings.

IT WAS FURTHER RESOLVED and voted that Curtis Wagler, the President of the corporation, be authorized and directed to execute any and all petitions, statements, schedules, plans, and other necessary documents in the Chapter 11 case on behalf of the corporation.

The foregoing matters were transacted and approved on behalf of the corporation by the entire board of directors at a special meeting duly called and held on the 10th day of September, 2020.

Certified under penalty of perjury this 10th day of September, 2020 by

                                                  */s/ Lori Wagler*
                                                  Lori Wagler, Secretary