```
                     UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF IOWA

IN RE:                              )    CHAPTER 11
                                    )    CASE NO.
WAGLER MANUFACTURING, INC.,         )
                                    )    20-01069C
                                    )
                                    )
         Debtor.                    )
```

The undersigned hereby enters their appearance on behalf of The United Sates Trustee.  Pursuant to Rule 2002, U.S. Bankruptcy Rules, the undersigned hereby requests that copies of all papers filed or served in this case be sent to:

> L. Ashley Zubal
> Trial Attorney
> U.S. Trustee
> Federal Building
> 210 Walnut Street, Rm 793
> Des Moines IA  50309-2108
> (515) 323-2269 Fax 515-284-4986
> [Ashley.Zubal@usdoj.gov](mailto:Ashley.Zubal@usdoj.gov)

Please take further notice this request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings,requests, complaints or demand, whether formal or informal, by any means transmitted, and all notices thereof. This Notice of Appearance and Request for Notice does not constitute any consent for any violation of Bankruptcy Rule 2003, nor does it constitute a consent of jurisdiction of the court over non-core proceeding under 28 U.S.C. § 1557.

Dated this 10th of September, 2020.

                              Respectfully Submitted,

                              James L. Snyder
                              Acting United States Trustee


                         By: /s/  Ashley Zubal
                              L. Ashley Zubal
                              Trial Attorney
                              U.S. Trustee
                              Federal Building
                              210 Walnut Street, Rm 793
                              Des Moines IA  50309-2108
                              (515) 323-2269
                              Fax 515-284-4986
                              Ashley.Zubal@usdoj.gov


CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on September 10, 2020:

All parties receiving ecf notifications

Kevin Ahrenholz, Debtor's Attorney

                              /s/ Jennifer L. Cline
                              Jennifer L. Cline
                              Paralegal Specialist
                              Office of U.S. Trustee